IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN FITZGERALD,

    Petitioner,                      No. CIV S-05-2582 MCE KJM P

    vs.

WARDEN ANTHONY J. MALFI, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner is confined in Tuolumne County. In his application, petitioner challenges a conviction issued by the Madera County Superior Court. Tuolumne County and Madera County both are part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Under Local Rule 3-120(f), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

/////

1

1 Good cause appearing, IT IS HEREBY ORDERED that:

2 1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3 2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>1130 "O" Street
>Fresno, CA 93721

DATED: December 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/bb
fitz2582.109

2